NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-3285

JOSEPH P. CARSON,

Petitioner,

v.

DEPARTMENT OF ENERGY,

Respondent.

Petition for review of the Merit Systems Protection Board in consolidated cases AT1221960948-C-7, AT1221980250-C-7, and AT1221980623-C-7.

ON MOTION

O R D E R

The court treats Joseph P. Carson's submission entitled "Petitioner's Statement Why Oral Argument Should Be Permitted" as a motion to allow oral argument.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is deferred for consideration by the merits panel assigned to decide this case. The motion, any response, and a copy of this order shall be transmitted to the merits panel.

FOR THE COURT

AUG 1 0 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Joseph P. Carson
    Roger A. Hipp, Esq.
s17

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 1 0 2009

JAN HORBALY
CLERK